JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
SKYLER H. PEARSON
Assistant United States Attorney
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6530
Skyler.pearson@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEANDRE MICHAEL HOWARD,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; MARK NEIRA; DOES I through X, inclusive and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No. 2:22-cv-01004-JAD-DJA<br><br>**Parties' Stipulation and Order to Extend Defendants' Time to File Reply**<br><br>**(First Request)**<br><br>ECF No. 43 |

COME NOW PLAINTIFF DEANDRE MICHAEL HOWARD by and through his attorney, Anthony Ashby, Esq. of Ladah Law Firm and DEFENDANTS UNITED STATES OF AMERICA AND MARK NEIRA, by and through Assistant United States Attorney, Skyler H. Pearson, Esq. of the United States Attorney's Office for the District of Nevada, and hereby stipulate to extend the time for Defendants to file a reply in support of their motion to dismiss by seven (7) days. The basis for the stipulation is as follows:

1. Plaintiff filed his First Amended Complaint (ECF No. 33) on March 27, 2023.
2. Defendants filed a motion to dismiss on April 19, 2023 (ECF No. 37).
3. Plaintiff responded on May 3, 2023 (ECF No. 40).
4. Defendants reply brief is currently due May 10, 2023.

5. Since the filing of the motion to dismiss, counsel for the United States' wife gave birth to a baby girl.

6. The requested extension will allow Defendants to effective reply to Plaintiff's Response while incorporating time spent away from the office by counsel due to paternity leave.

Accordingly, it is proposed, requested, and stipulated that the time for Defendants to file a reply to Plaintiff's response to the motion to dismiss be extended to **May 17, 2023**.

Respectfully submitted this 10th day of May 2023.

| LADAH LAW FIRM | JASON M. FRIERSON |
|---|---|
| | UNITED STATES ATTORNEY |
| /s/ *Anthony L. Ashby* | DISTRICT OF NEVADA |
| _____ | |
| RAMZY P. LADAH, ESQ. | /s/ *Skyler H. Pearson* |
| ANTHONY L. ASHBY, ESQ. | _____ |
| Nevada Bar No. 4911 | SKYLER H. PEARSON, ESQ. |
| 517 S. Third Street | 501 Las Vegas Boulevard S. #1100 |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89101 |
| Telephone: (702) 252-0055 | Telephone: (702) 388-6530 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

**IT IS SO ORDERED:**

_____
**UNITED STATES JUDGE**
5-16-23
_____
**DATED**