JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
R. THOMAS COLONNA
Assistant United States Attorney
REEM BLAIK
Assistant United States Attorney
Nevada Bar No. 16386
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Richard.Colonna@usdoj.gov
Reem.Blaik@usdoj.gov

*Attorneys for Federal Defendant*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Deandre Michael Howard,<br><br>    Plaintiff,<br><br>    v.<br><br>United States of America; Mark Neira; DOES I through X, inclusive and ROE Business Entities I through X, inclusive,<br><br>    Defendants. | Case No. 2:22-cv-01004-JAD-DJA<br><br>**Stipulation to Extend Time to Submit [Proposed] Joint Pretrial Order** |

Plaintiff Deandre Michael Howard, the United States of America, and Special Agent Mark Neira[1] (the "Parties") stipulate to and request a one-week extension of time to submit the Parties' proposed Joint Pretrial Order, moving the deadline to **August 9, 2024**.

This extension is made in good faith. The Parties have exchanged an initial draft of their Joint Pretrial Order, which is actively under review. This extension will allow the Parties the additional time needed to agree on issues and documents prior to trial.

*///*

*///*

---

[1] Under the FTCA, employees acting within the course and scope of their employment are immune from tort liability. *See, e.g.*, *United States v. Smith*, 499 U.S. 160, 165 (1991) (concluding that federal law "immunizes Government employees from suit"). Plaintiff agreed to dismiss Special Agent Neira on this basis and will file a stipulation to this effect shortly.

1  Accordingly, the Parties respectfully request that the deadline to submit a proposed Joint Pretrial Order be extended to **August 9, 2024**.

Respectfully submitted this 1st day of August 2024.

| LADAH LAW FIRM | JASON M. FRIERSON<br>United States Attorney |
|---|---|
| */s/ Anthony L. Ashby*<br>RAMZY P. LADAH, ESQ.<br>ANTHONY L. ASHBY, ESQ. | */s/ Reem Blaik*<br>R. THOMAS COLONNA<br>REEM BLAIK<br>Assistant United States Attorneys |
| *Attorneys for Plaintiff* | *Attorneys for Federal Defendants* |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED:  8/5/2024