**RAMZY P. LADAH, ESQ.**
Nevada Bar No. 11405
**ANTHONY L. ASHBY, ESQ.**
Nevada Bar No. 4911
**LADAH LAW FIRM**
517 South Third Street
Las Vegas, NV 89101
T 702.252.0055
F 702.248.0055
litigation@ladahlaw.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEANDRE MICHAEL HOWARD,<br><br>   Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; JIMMY MCKINNY; MARK NEIRA; DOES I through X, inclusive and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>   Defendants. | CASE NO.: 2:22-cv-01004-JAD-DJA<br><br>**STIPULATION AND ORDER DISMISSING CLAIMS AGAINST DEFENDANT MARK NEIRA ONLY**<br><br>ECF No. 69 |

**COME NOW, THE PARTIES,** by and through their attorneys of record herein, and hereby Stipulate to Dismiss Defendant, MARK NEIRA, from this matter with prejudice, with each party to bear its own attorney's fees and costs.

DATED this day of August 2024.

LADAH LAW FIRM

*/s/ Ramzy Ladah*
_____
RAMZY P. LADAH, ESQ.
ANTHONY L. ASHBY, ESQ.
Nevada Bar No. 4911
517 S. Third Street
Las Vegas, Nevada 89101
Telephone: (702) 252-0055
*Attorneys for Plaintiff*

DATED this day of August 2024

JASON M. FRIERSON
UNITED STATES ATTORNEY
DISTRICT OF NEVADA

*/s/ Reem Blaik*
_____
REEM BLAIK, ESQ.
501 Las Vegas Boulevard S. #1100
Las Vegas, Nevada 89101
Telephone: (702) 388-6530
*Attorneys for Defendants*

1

## ORDER

Based on the parties' stipulation [ECF No. 69] and with good cause appearing, IT IS ORDERED that ALL CLAIMS AGAINST Defendant Mark Neira are DISMISSED with prejudice, each side to bear its own fees and costs.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: August 12, 2024