SUE FAHAMI
Acting United States Attorney
District of Nevada
Nevada Bar No. 5634
R. THOMAS COLONNA
Assistant United States Attorney
REEM BLAIK
Assistant United States Attorney
Nevada Bar No. 16386
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Richard.Colonna@usdoj.gov
Reem.Blaik@usdoj.gov

*Attorneys for Federal Defendant*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Deandre Michael Howard,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>United States of America; DOES I through X, inclusive and ROE Business Entities I through X, inclusive,<br><br>　　　　　Defendants. | Case No. 2:22-cv-01004-JAD-MDC<br><br>**Stipulation and Order Waiving Admission of Plaintiff's Alleged Future Medical Treatment and Expenses**<br><br>ECF No. 98 |

　　　　Plaintiff Deandre Michael Howard and Federal Defendant, the United States of America, hereby stipulate and agree that Plaintiff waives admission or entry of any evidence, trial testimony, or trial materials regarding Plaintiff's alleged need for future medical treatment, and such related expenses. This stipulation is made pursuant to Plaintiff Counsel's representation to Federal Defendant's Counsel, made on January 12, 2025, that Plaintiff will not be seeking future medical treatment at trial.

/ / /

/ / /

/ / /

/ / /

/ / /

Based on the foregoing, the Parties further stipulate and agree that references to Plaintiff's alleged need for future medical treatment and any such associated expenses should be disregarded when reviewing ECF Nos. 90–95.

Respectfully submitted this 28th day of January 2025.

| | |
|---|---|
| LADAH LAW FIRM | SUE FAHAMI<br>Acting United States Attorney |
| */s/ Anthony L. Ashby*<br>RAMZY P. LADAH, ESQ.<br>ANTHONY L. ASHBY, ESQ. | */s/ Reem Blaik*<br>R. THOMAS COLONNA<br>REEM BLAIK<br>Assistant United States Attorneys |
| *Attorneys for Plaintiff* | *Attorneys for Federal Defendant* |

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**
**DATED:** ___ 1-29-25 _____